William R. Hollifield, ISB No. 1251
HOLLIFIELD LAW OFFICE
1445 Fillmore, Ste. 1106
P.O. Box 66
Twin Falls ID  83303-0066
Telephone:  (208) 734-5610
Facsimile:   (208) 734-8077

Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In re: | ) | Case No. 08-01350 |
|---|---|---|
| CRESTWOOD, INC. | ) | **NOTICE OF SALE BY TRUSTEE** |
| Debtor. | ) | |

Notice of Sale by Trustee
and Opportunity to Object and for a Hearing

No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

Hearing on Objection. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

TO THE DEBTOR, DEBTOR'S ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE OF SALE BY TRUSTEE – Page 1

PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above entitled estate claims an interest pursuant to 11 USC 363, Bankruptcy Rule 6004 and LBR 2002.1.  <u>This sale will take place unless a written objection and request for hearing is received by the U.S. Bankruptcy Court (550 W. Fort St., Boise, Idaho (83724), the Trustee, and the Attorney for the Trustee on or before December 5, 2011.</u>

1. <u>DESCRIPTION OF PROPERTY TO BE SOLD:</u>    All of the bankruptcy estate's interest in and to the real property located at <u>1479 W. Mace Road, Eagle, Idaho</u>. It is a parcel of real property with no improvements. Ada County Assessor's value of the real property is $150,000.00. The monetary value liens filed against the property exceed the sum of $1,170,000.00.

2. <u>TYPE OF SALE:</u>  Private Sale to Eagle Island Land and Livestock, LLC – 1487 W. Mace Road, Eagle, Idaho

3. <u>TERMS OF SALE:</u>  $5,000.00 Cash

4. <u>TIME AND PLACE OF SALE:</u> Sale will be final December 5, 2011, at 5:01 p.m. unless a written objection and request for hearing is received by the U.S. Bankruptcy Court at 550 W. Fort St., Boise, Idaho 83724, a copy is provided to the Trustee, Gary L. Rainsdon, P.O. Box 506, Twin Falls, Idaho 83303, and a copy provided to counsel for the Trustee, William R. Hollifield, P.O. Box 66, Twin Falls, Idaho 83303-0066.

5. <u>TREATMENT OF EXISTING LIENS:</u>
   ( ) Sale free and clear of all liens with all valid liens to attach to the sale proceeds.
   ( ) Trustee knows of no valid liens claimed against the property.
   ( ) Trustee may immediately pay the liens listed below without further notice and hearing.
   (x) All valid liens and encumbrances currently existing against the real property will remain. Buyer is buying the real property subject to all liens and encumbrances.

6. <u>VALUE OF PROPERTY TO BE SOLD:</u>
   (x) The Trustee estimates that the fair market value of the property is – 0 -.
   ( ) An appraisal of
   ( ) Other:

7. <u>AUTHORITY FOR CONDUCTING SALE:</u>

NOTICE OF SALE BY TRUSTEE – Page 2

    ( ) 11 USC 363(f)(1)          ( ) 11 USC 363(f)(2)
    ( ) 11 USC 363(f)(3)          ( ) 11 USC 363(f)(4)
    ( ) 11 USC 363(f)(5)          (x) Other: 11 USC 363(b)(1)

8. **MISCELLANEOUS INFORMATION:**
(x) This sale shall be effective immediately and the ten day stay imposed by Rule 6004(g) and other rules is hereby waived.

(x) Net proceeds to be retained by the estate are estimated at $5,000.00

9. **ADDITIONAL TERMS OF SALE:** The property is sold "AS IS", "WHERE IS", and without warranty of any nature whatsoever, either express or implied. Buyer is taking the real property subject to all valid existing liens and encumbrances.

DATED This 24th day of October, 2011.

_____
WILLIAM R. HOLLIFIELD
Attorney for Trustee

NOTICE OF SALE BY TRUSTEE – Page 3